1  LELAND LAW
   7200 Greenleaf Avenue, Suite 170A
2  Whittier, CA 90602
3  Telephone: (562) 904-6955
   Facsimile: (562) 632-1301
4  MOSELLE C. LELAND (State Bar No: 268272)
5  E-mail: tracey@disabilitylawfirm.com
        Attorneys for Plaintiff
6  TRACY L. WILKISON
7  United States Attorney
8  DAVID M. HARRIS
   Assistant United States Attorney
9  Chief, Civil Division
10 CEDINA M. KIM
   Assistant United States Attorney
11 Senior Trial Attorney, Civil Division
12 TINA NAICKER, CSBN 252766
13 Special Assistant United States Attorney
        Social Security Administration
14      160 Spear Street, Suite 800
15      San Francisco, CA  94105
        Telephone:  (510) 970-4842
16      Facsimile: (415) 744-0134
17      Email:  tina.naicker@ssa.gov
        Attorneys for Defendant
18
19              UNITED STATES DISTRICT COURT
20              CENTRAL DISTRICT OF CALIFORNIA
                      EASTERN DVISION
21
22 MICHAEL CELSO LANGRELL,        ) Case No. 5:20-CV-01236-SHK
       Plaintiff,                  )
23                                 )
                                   ) [~~PROPOSED~~] ORDER AWARDING
24         v.                      ) EQUAL ACCESS TO JUSTICE
25 KILOLO KIJAKAZI, Acting         ) ACT ATTORNEY FEES
   Commissioner of Social Security,) PURSUANT TO 28 U.S.C. § 2412(d)
26                                 )
27     Defendant.                  )
   _____)
28

1 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS [$4,500.00], as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation

Dated: 4/26/2022

_____
HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE